IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAURICE A. BACKUS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-331-SLR |
| | ) | |
| THOMAS CARROLL, Warden, and CARL C. DANBERG, Attorney General of the State of Delaware, | ) ) ) ) ) | |
| | ) | |
| Respondents. | ) | |



**AEDPA ELECTION FORM**

1. ✓     I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____     I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____     I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one

                that raises all the grounds I have for federal habeas corpus relief.  I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d).  See <u>Swartz v. Meyers</u>, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2254.  I am instead seeking relief under _____.

                _____
                Petitioner

Maurice A Barkus
SBI# 215298 UNIT W-B106.630
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Legal Mail

FIRST CLASS USA

WILMINGTON DE 197
12 JUN 2006 PM 3 L

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware U.S.M.S.
X-RAY
19801-3570

Legal Mail