OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 15, 2006

TO: Maurice A. Backus
    SBI# 215298
    Delaware Correctional Center
    1181 Paddock Rd.
    Smyrna, DE 19977

**RE:   Deficiency for Lack of Signature; 06-331(SLR)**

Dear Mr. Backus:

Papers have been received by this office for filing in the above matter which do <u>not</u> conform to:  Federal Rules of Civil Procedure.

The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected.  In order for your document to be acceptable for filing, it ***must have an original signature***, and this must be indicated on the signature block of the AEDPA election form.

Your corrected filing should be sent to this office for processing

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson
enc: DI 4