(4)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAURICE A. BACKUS, | ) |
|       Petitioner, | ) ) ) |
| v. | ) )  Civil Action No. 06-331-SLR |
| THOMAS CARROLL, Warden, and CARL C. DANBERG, Attorney General of the State of Delaware, | ) ) ) ) ) ) |
|       Respondents. | ) ) |

FILED
JUN 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

FILED
JUN 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AEDPA ELECTION FORM**

BD scanned

1. ✓ *[signed: Maurice Backus]*   I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____   I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____   I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one

                that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See <u>Swartz v. Meyers</u>, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

_/s/ Maurice A. Backus_
Petitioner

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 15, 2006

TO: Maurice A. Backus
    SBI# 215298
    Delaware Correctional Center
    1181 Paddock Rd.
    Smyrna, DE 19977

   **RE:  Deficiency for Lack of Signature; 06-331(SLR)**

Dear Mr. Backus:

   Papers have been received by this office for filing in the above matter which do <u>not</u> conform to:  Federal Rules of Civil Procedure.

   The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected.  In order for your document to be acceptable for filing, it **must have an original signature**, and this must be indicated on the signature block of the AEDPA election form.

   Your corrected filing should be sent to this office for processing

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

                                        Sincerely,

/bad                                    PETER T. DALLEO
                                        CLERK

cc: The Honorable Sue L. Robinson
enc: DI 4