6/20/06
4:30 p.m.

Dear Mr. Peter T. Dalleo,

I truely apologize for the discrepancies and appreciate your time and patience for me, thank you...

Sincerely,

Maurice J. Backus
SBI #215298

FILED
JUN 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned