D.I. # _____

# CIVIL ACTION
# NUMBER: 06 CV 331 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)



D.I. #_____

# CIVIL ACTION
# NUMBER: _____06CV331 SLR_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.69 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.84 |

Postmark Here — WILMINGTON, E RODNEY SQ STA, AUG 22 2006

7005 1820 0004 3169 6213

Sent To: WARDEN TOM CARROLL
Street, Apt. No.; or PO Box No.: DELAWARE CORRECTIONAL CENTER
1181 PADDOCK RD.
City, State, ZIP+4: SMYRNA, DE 19977

PS Form 3800, June 2002        See Reverse for Instructions