United States District Court
For the District of Delaware

## Acknowledgement of Service Form For Service By Return Receipt

Civil Action No. 06-331 SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

