IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MAURICE A. BACKUS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-331-SLR |
| | : | |
| **THOMAS CARROLL**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Superior Court documents in ID 0106010659 have been manually filed with the Court and are available in paper form only:

    a. Superior Court Criminal Docket

    b. Motion for Postconviction Relief (Super. Ct. Crim. Dkt. Item 43)

    c. Order (January 31, 2005) (Super. Ct. Crim. Dkt. Item 45)

    d. Affidavit of Trial Counsel (Super. Ct. Crim. Dkt. Item 50)

    e. State's Response to Defendant's motion for Postconviction Relief (Super. Ct. Crim. Dkt. Item 55)

    f. Defendant's Response to Affidavit of John Malik and State's Response (Super. Ct. Crim. Dkt. Item 56)

    g. Order (Feb. 10, 2006) (Super. Ct. Crim. Dkt. Item 57)

    h.  Defendant's response to Defense Counselor's Response to the Defendant's Rule 61 Postconviction Relief Motion (Super. Ct. Crim. Dkt. Item 111).

    /s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

November 8, 2006

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 8, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also hereby certify that on November 8, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Maurice A. Backus
    SBI No. 215298
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us