IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MAURICE A. BACKUS**, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | :  Civ. Act. No. 06-331-SLR |
| | : |
| **THOMAS CARROLL**, | : |
| Warden, and **CARL C. DANBERG**, | |
| Attorney General for the State of Delaware, | : |
| | : |
| Respondents. | : |

**MOTION FOR EXTENSION OF TIME TO FILE
CERTIFIED STATE COURT RECORDS**

1.      The petitioner, Maurice A. Backus, has applied for federal habeas relief challenging his November 2002 conviction by a Delaware Superior Court jury for trafficking in cocaine, possession of cocaine, and resisting arrest. D.I. 1. The undersigned filed an answer to the petition on November 8, 2006.

2.      By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

3.      Due to the large volume of record retrieval recently required by prosecutors in the appeals division, the undersigned has been unable to obtain the certified state supreme court records in order to file them contemporaneously with the answer. Respondents filed relevant Superior Court records contemporaneously with the answer. The undersigned anticipates obtaining and copying the remaining records on or before December 1, 2006.

4.      Respondents submit that an extension of time to December 1, 2006 in which to file certified copies of the material portions of the state supreme court records in this case is reasonable. Respondents submit herewith a proposed order.

                                                                     /s/ Elizabeth R. McFarlan
                                                                     Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

Date: November 8, 2006

**RULE 7.1.1 CERTIFICATION**

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

/s/ Elizabeth R. McFarlan
Deputy Attorney General

Counsel for Respondents

Date:  November 8, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2006, I electronically filed this motion for extension of time to file certified state court records and attachments with the Clerk of Court using CM/ECF. I also hereby certify that on November 8, 2006, I have mailed by United States Service, two copies of the same documents to the following non-registered participant:

Maurice A. Backus
SBI No. 215298
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MAURICE A. BACKUS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-331-SLR |
| | : | |
| **THOMAS CARROLL**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**ORDER**

This _____ day of _____, 2006,

WHEREAS, respondents having requested an extension of time in which to file certified state supreme court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records shall be filed on or before December 1, 2006.

_____
United States District Judge