IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MAURICE A. BACKUS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-331-SLR |
| | : | |
| **THOMAS CARROLL**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

### NOTICE OF FILING OF SUPPLEMENTAL
### STATE COURT RECORDS

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

    a. Opening Brief & Appendix (No. 99, 2003)

    b. State's Answering Brief (No. 99, 2003)

    c. Opening Brief & Appendix (No. 59, 2005)

    d. Order of Remand (Sept. 29, 2005) (No. 59, 2005)

    e. Appellant's Opening Supplemental Memorandum (No. 59, 2005)

    f. State's Answering Memorandum (No. 59, 2005)

    g. Order (April 27, 2006) (No. 59, 2005)

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
November 21, 2006    elizabeth.mcfarlan@state.de.us

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 21, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also hereby certify that on November 21, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Maurice A. Backus
    SBI No. 215298
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us