IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MAURICE A. BACKUS,

    Petitioner,

v.                            Civ. Act. No. 06-331-SLR

THOMAS CARROLL,
Warden, and CARL DANBERG,
Attorney General of the State
of Delaware

MOTION FOR APPOINTMENT OF COUNSEL

Petitioner Maurice A. Backus, pursuant to 1915, request this Court to appoint counsel to represent in this case. See attached affidavit for the reasons:

                                              */s/ Maurice A. Backus*
                                              MAURICE A. BACKUS
                                              1181 Paddock RD. - DCC
                                              Smyrna, DE  19977

DATE: March 28, 2007



FILED
APR 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

AFFIDAVIT IN SUPPORT OF PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL

Maurice A. Backus, depose and says:

1. I am the petitioner in the above entitled case, I make this affidavit in support of my motion for appointment of counsel.

2. The petitioner is unable to afford counsel.

3. The issues involved in this case are complex, with likelihood] of substanntial prejudice if counsel not appointed.

4. The petitioer has limited knowledge of the law. The filing of writ of habeas corpus, done by another inmate currenlty unable to assist petitioner.

5. The law library does not assist with preparing briefs or other needed court responses.

6. The petitioner attempting to secure other inmate to assist.

I declare under the penalty of perjury the above is true and correct.

*/s/ Maurice A. Backus*
MAURICE A. BACKUS, 215298

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2007, I served copy of aforemention entitled on below listed:

> Elizabeth R. McFarlan
> Deputy Attorney General
> Department of Justice
> 820 N. French Street
> Wilmington, DE 19801

With sufficient postage affixed thereto.

*/s/ Maurice A. Backus*
MAURICE A. BACKUS, 215298

I/M Maurice A Burkes
SBI# 215298  UNIT M-BLDG. 630
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
12 APR 2007 PM 1 T

Office of The Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, DE.
19801-3570