IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MAURICE A. BACKUS,             :
                               :
        Petitioner,            :
                               :
    v.                         :   Civ. Act. No. 06-331-SLR
                               :
THOMAS CARROLL                 :
Warden, and CARL DANBERG,      :
Attorney General of the State  :
of Delaware                    :
                               :
        Respondents.           :



MOTION TO REOPEN THE TIME TO FILE A REPLY

    Pursuant to Rule 6 of the Federal Rules of Civil Procedure, petitioner move for an extenstion of time in which to file an answer to the responce by the respondents.

    Petitioner states extension needed for the following:

    1. The petitioner has been depending on fellow inmate to assist with legal endeavors, the aforemention was moved and petitioner attempting to secure additional help.

    2. This is the petitioner's first request for extension and the state will not be prejudiced by same.

    3. Petitioner submit that an extension of time to and including May 31, 2007, in which to file an answer is reasonable. Petitioner submit herewith a proposed order.

                                        MAURICE A. BACKUS, 215298
                                        1181 Paddock Road - DCC
                                        Smyrna, DE 19977

DATE: APRIL 04, 2007.

CERTIFICATE OF SERVICE

I hereby certify that on April 04, 2007, I served copy of aforemention entitled on below listed;  - For - (Motion to reopen the time to file a reply)

        Elizabeth R. McFarlan
        Deputy Attorney General
        Department of Justice
        820 N. French Street
        Wilmington, DE 19801

With sufficient postage affixed thereto.

        MAURICE A. BACKUS
        S.B.I. #215298
        D.C.C.
        1181 Paddock Road
        Smyrna, De. 19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MAURICE A. BACKUS,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　Petitioner,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　　　　　　　　　:　Civ. Act. No. 06-331-SLR
　　　　　　　　　　　　　　　　　　　　　　　　　　:
THOMAS CARROLL,　　　　　　　　　　　　:
Warden, and CARL C. DANBERG,　　　:
Attorney General for the　　　　　　:
State of Delaware,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　Respondents.　　　　　　　　　　　:

ORDER

This____day of_____, 2007

WHEREAS, petitioner having requested an extension of time in which to file an answer, and reopen the time to file a reply;

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension, and to file a reply;

IT IS HEREBY ORDERED that petitioner answer shall be filed on or before May 31, 2007.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States District Judge