1181 Paddock Rd. - DCC
Smyrna, DE 19977
May 10, 2007

Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: Backus v. Carroll, et al.
   Civ. Act. No. 06-331-SLR
   Docket-entries

Dear Sir or Madam:

   I am requesting docket-entries, in reference to above-entitled.

Sincerely,

Maurice Backus, 215298

**FILED**
MAY 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M Maurice Backus
SBI# 215298  UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
10 MAY 2007

Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Bldg.
844 N. King Street
Wilmington, DE
19801