*Maurice A. Backus*
1181 Paddock Road - DCC
Smyrna, DE 19977
May 26, 2007

The Honorable Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    RE:  1:06:cv-00331-SLR Backus v. Carroll et al.

Dear Judge Robinson:

    Would like to know as result of changes in law library schedule, vacations, will need additional time to complete brief.

    Therefore, requesting court grant grant until June 15, 2007 complete same. I'd wanted to wait until court ruled on pending motion for appointment of counsel.

Sincerely,
*Maurice A. Backus*
Maurice A. Backus, 215298

MAB:rs

xc:  Clerk of the Court
      Elizabeth Roberts McFarlin, Esquire



FILED
MAY 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M Maurice A. Backus
SBI# 215298  UNIT W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
29 MAY 2007 PM 1 L

Clerk of the Court
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE    19801