IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAURICE A. BACKUS, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civ. No. 06-331-SLR ) ) |
| THOMAS CARROLL, Warden, and ATTORNEY GENERAL OF THE STATE OF DELAWARE, | ) ) ) ) ) ) |
| Respondents. | ) |

**ORDER**

At Wilmington this 13th day of June, 2007;

IT IS ORDERED that:

Petitioner Maurice A. Backus' Motions For Extension Of Time To File Reply To Respondents' Answer are **GRANTED**. (D.I. 20; D.I. 23) Petitioner shall file his Reply no later than June 29, 2007.

                                                                                UNITED STATES DISTRICT JUDGE