FPS - 107                                                                                           DATE: December 17, 2007

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 07-3873

Backus v. Carroll

To:  Clerk

1)  Motion by Appellant for leave to appeal in forma pauperis

---

The foregoing motion to proceed in forma pauperis is granted.

For the Court,

/s/Marcia M. Waldron
Clerk

A True Copy:

Marcia M. Waldron, Clerk

Dated: December 17, 2007
ISC/cc: Maurice A. Backus
        Elizabeth R. McFarlan, Esq.