*AMENDED  
BLD-72

January 22, 2008  
November 29, 2007

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **07-3873**

MAURICE A. BACKUS

    VS.

THOMAS CARROLL, ATTORNEY GENERAL OF THE STATE OF DELAWARE

    (D. Del. CIV. NO. 06-cv-00331)

Present:    McKEE, RENDELL and SMITH, <u>Circuit Judges</u>

Submitted are:

(1)    Appellant's request for a certificate of appealability under 28 U.S.C. 2253(c)(1); and

**\* (2)    Appellant's motion to supplement his request for a certificate of appealability**

in the above captioned case.

                        Respectfully,

                        Clerk

MMW/SRF/isc

_____ O R D E R _____

The foregoing request for a certificate of appealability is denied. <u>See</u> 28 U.S.C. § 2253(c)(2). Appellant has failed to make a substantial showing of the denial of a constitutional right. <u>See</u> 28 U.S.C. § 2253(c)(2); <u>see also</u> <u>Miller-El v. Cockrell</u>, 537 U.S. 322 (2003). For the reasons given by the district court, appellant failed to demonstrate that a reasonable jurist would debate the correctness of the district court's ruling that the state courts' did not render decisions that were "contrary to" nor an "unreasonable application of clearly established Federal law." 28 U.S.C. § 2254(d)(1). Appellant's motion to supplement his request for a COA is granted.

**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By the Court,


/s/ Theodore A. McKee
Circuit Judge

Date: February 12, 2008
ISC/cc: Maurice A. Backus
       Elizabeth R. McFarlan

Case 1:06-cv-00331-SLR     Document 34     Filed 02/12/2008     Page 2 of 2